FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 10:29 am, Jul 27, 2020*

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| FARID MOHAMMED, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-71 |
| | * | |
| v. | * | |
| | * | |
| WARDEN, FOLKSTON ICE PROCESSING CENTER, | * | |
| | * | |
| Respondent. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Petitioner Farid Mohammed ("Mohammed") did not file Objections to this Report and Recommendation. In fact, the Report and Recommendation sent to Mohammed at his last known address was returned to the Court as undeliverable. Dkt. No. 11.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Mohammed's 28 U.S.C. § 2241 Petition for failure to follow this Court's directive and Local Rules, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the

appropriate judgment of dismissal, and **DENIES** Mohammed *in forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_27\_\_ day of \_\_July\_\_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)